I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-18-13

DEPUTY CLERK

JS6 / ENTER

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO VILLAREAL-VARGAS,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent. | Case No. CV 12-2784-DDP (RNB)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for lack of jurisdiction.

DATED: April 17, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY